IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

Civil Case No.: 1:11-cv-25

LEOPOLD WILLIAMS, as personal representative of the ESTATE OF ELTON WILLIAMS,

    Plaintiff,

vs.

COST-U-LESS, INC.,

    Defendant.
_____/

## NOTICE OF EXTENSION PURSUANT TO LRCi 12.1(c)(1)

PLEASE TAKE NOTICE, pursuant to LRCi 12(c)(1), that counsel for Plaintiff, LEOPOLD WILLIAMS, as personal representative of the ESTATE OF ELTON WILLIAMS, and Defendant, COST-U-LESS, INC. ("COST-U-LESS"), have agreed that Defendant shall have an extension of fourteen (14) days (i.e., until December 15, 2014) to file and serve its Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss Third Amended Complaint in the above-captioned cause. Due to the litigation schedules of Defendant's counsel, Defendant requires additional time to finalize and file its Reply.

    Respectfully submitted,

    Quintairos, Prieto, Wood & Boyer, P.A.
*Attorneys for Defendant*
9300 S. Dadeland Blvd., 4th Floor
Miami, FL 33156
Tel.:  (305) 670-1101
Fax:  (305) 670-1161

By:    /s/ *Kyle R. Waldner*
    Ryan C. Meade, Esq.
    rmeade@qpwblaw.com
    V.I. Bar No.:  1033
    Kyle R. Waldner, Esq.
    kwaldner@qpwblaw.com
    V.I. Bar No.:  1038

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of Court via the CM/ECF system this 1st day of December, 2014, which will send a notice of electronic filing to: Lee J Rohn, Esq., Lee J. Rohn & Associates, 1101 King Street, Suite 2, St Croix, VI 00820-4933; and Henry C. Smock, Esq., Smock & Moorehead, 5043 Norre Gade, Kongens Qtr., St. Thomas, VI 00804.

    /s/ *Kyle R. Waldner*
    Kyle R. Waldner